UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:14 CR 153 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| JERRY L. WELLS, JR., | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

  This matter was before the court on May 23, 2025 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Jerry L. Wells, Jr. was present and represented by Assistant Federal Public Defender Darin Thompson. The United States was represented by Assistant United States Attorney Stephanie Wojtasik. The Pretrial Services and Probation Office was represented by Colin Boone. The court reporter was Donnalee Cotone. Defendant admitted to supervised release violations at the May 15, 2025 hearing before Magistrate Judge Shepherd, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Wells in violation of the terms of his supervised release.

  IT IS ORDERED that Defendant is committed to a term of time served, to include the time it takes for Defendant to be placed in in-patient treatment at CATS. Mr. Wells shall enter

1

into, and successfully complete a term at the CATS residential inpatient treatment facility for a duration set forth by the treatment team upon his intake. He shall be placed into sober living following his completion of the program. He shall follow all rules and regulations of the treatment facility and sober living community. Mr. Wells shall remain in custody until a bed is available. Should this time extend beyond 7 days, Probation Officer Boone will notify the court immediately. His supervised release shall continue with the same terms and conditions as previously imposed with the added conditions above, and the condition that Mr. Wells shall not use or possess alcohol. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 23, 2025